# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 21-cv-01251-RM-SKC

BEN DURAN,

      Plaintiff,

v.

POWER SERVICES COMPANY,

      Defendant.

---

## ORDER

---

This matter is before the Court on the February 22, 2022 Recommendation of United States Magistrate Judge S. Kato Crews (the "Recommendation") (ECF No. 32) to grant in part and deny in part Defendant's Partial Motion to Dismiss (ECF No. 9). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 32 at p.12.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)

The Court concludes that Magistrate Judge Crews' analysis was thorough and sound, and that there is no clear error on the face of the record. *See* FED. R. CIV. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the

district court may review a magistrate's report under any standard it deems appropriate.").  The Court reads the Recommendation to conclude that Defendant's arguments regarding Plaintiff's alleged failure to exhaust his administrative remedies as premature and therefore as recommending that the Motion be denied as to that argument.  (ECF No. 32, pp.5-7.)  The Court reaches this conclusion based on the thorough analysis and reasoning of Magistrate Judge Crews' Recommendation, despite what appears to be an error in the final paragraph.[1]  The Recommendation is, therefore, adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1) ACCEPTS and ADOPTS the Magistrate Judge's Recommendation Re: Partial Motion to Dismiss (ECF No. 32) in its entirety;

(2) GRANTS the Defendant's Partial Motion to Dismiss as it relates to Plaintiff's claims for breach of contract and "record of" disability (ECF No. 9); and

(3) DENIES the Defendant's Partial Motion to Dismiss as it pertains to and as it pertains to Defendant's affirmative defense of failure to exhaust administrative remedies and as it relates to Plaintiff's "regarded as" disability claim and the promissory estoppel claim (ECF No. 9).

DATED this 2nd day of June, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

---

[1] To the extent that the final paragraph, standing alone, is perceived to be the recommendation, it is REJECTED and the Court, *sua sponte*, adopts the Magistrate Judge's earlier reasoning.